IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-cr-00129-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALEJANDRO GARCIA-NUNEZ

    Defendant.

---

**ORDER**

---

Upon motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and for good cause shown, it is hereby

ORDERED that Counts 2, 3 and 4 of the Second Superseding Indictment, the original Indictment and the First Superseding Indictment against the defendant, Alejandro Garcia-Nunez only, be dismissed without prejudice.

DATED this 26 day of May, 2006.

BY THE COURT:

_____
HON. RICHARD P. MATSCH
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO