IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-cr-00129-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALEJANDRO GARCIA-NUNEZ

    Defendant.

---

**ORDER**

---

Upon motion of the United States of America, it is hereby

ORDERED and memorialized that the government has recommended that the defendant receive a total of three points reduction in offense level because he "accepted responsibility" in a timely manner by entering a plea of guilty on Count 1 of the Second Superseding Indictment, and said motion is in all things GRANTED.

DATED this 26 day of May, 2006.

BY THE COURT:

HON. RICHARD P. MATSCH,
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO